UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :    **UNSEALING ORDER**
                                 :
        - v. -                   :    21 Cr. 379
                                 :
CARLOS ORENSE AZOCAR,            :
                                 :
        Defendant.                :
                                 :
- - - - - - - - - - - - - - - - X

Upon the application of the United States, by United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Kyle A. Wirshba and Kaylan E. Lasky;

It is found that the Indictment in the above-captioned action, 21 Cr. 379, is currently sealed and the United States Attorney's Office has applied to have the Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       June __, 2022

_____
HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE