

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 8, 2021

**BY EMAIL**
Hon. Kevin Nathaniel Fox
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:   **United States v. Carlos Orense Azocar,**
           **21 Cr. 379, 21 Mag. 4456**

Dear Magistrate Judge Fox:

    The Government writes to respectfully request that the Court enter a limited unsealing order with respect to the Arrest Warrant and Complaint for 21 Mag. 4456 and the Arrest Warrant and Indictment for 21 Cr. 379. We respectfully request this unsealing for the limited purpose of providing these documents to foreign law enforcement and other government authorities in connection with a request to another country for the defendant's extradition to this country. We respectfully request that the documents otherwise remain sealed until further order of the Court because the defendant has not yet been extradited.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____
Benjamin Woodside Schrier
Assistant United States Attorney
(212) 637-1062

Application Granted.

SO ORDERED: 6/8/21

*Kevin Nathaniel Fox*
_____
HONORABLE KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE