

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 18, 2022

<u>Via ECF</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

           **Re:** *United States v. Carlos Orense Azocar*, **21 Cr. 379 (VSB)**

Dear Judge Broderick:

      The parties write respectfully to request that the Court adjourn the initial pretrial conference in the above-captioned matter, currently scheduled for August 22, 2022, by approximately 45 days, so that the parties may continue discussions regarding a potential pretrial disposition of this matter and may attend to discovery prior to appearing again before the Court.

      Additionally, the Government respectfully requests, with the defendant's consent, that the time between August 22, 2022, and the next status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time (1) to produce and review discovery, and (2) to engage in discussions regarding a potential pretrial resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice.

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney

                      By:   /S/_____
                                        Kaylan E. Lasky
                                        Kyle A. Wirshba
                                        Assistant United States Attorneys
                                        (212) 637-2315 / 2493

cc:     Defense counsel (by ECF)