# FOY & SEPLOWITZ LLC
### attorneys at law

105 MAIN STREET
HACKENSACK, NJ 07601
TEL: 201-457-0071
FAX: 201-457-0072

WWW.FOYSEPLOWITZ.COM

30 WALL STREET
8TH FLOOR
NEW YORK, NY 10005
TEL: 212-709-8230

October 1, 2022

> **APPLICATION GRANTED**
> **SO ORDERED** _[signature]_
> **VERNON S. BRODERICK**
> **U.S.D.J.**  10/03/2022
>
> The status conference scheduled for October 5, 2022 is hereby adjourned to December 2, 2022 at 4:00 p.m.  The adjournment is necessary to permit the parties to complete their discussions related to a potential pretrial disposition of this matter.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, it is further ordered that the time between October 5, 2022 and December 2, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

**VIA ECF**

The Honorable Vernon S. Broderick, USDJ
Southern District of New York
Thurgood Marshall US Courthouse
40 Foley Square
New York, NY 10007

**Re:**   **US v. Carlos Orense Azocar**
          **Dkt. # 21 Cr. 379 (VSB)**

Dear Judge Broderick:

We represent Mr. Azocar in the above-captioned matter that is scheduled for an initial pretrial conference on October 5, 2022. On behalf of Mr. Azocar, we are respectfully requesting that this matter be adjourned by approximately 45 days so that the parties may continue discussions regarding a potential pretrial disposition. Additionally, I am unavailable on October 5, 2022 because I will be on trial in the matter of *PSNY v. Rene Sauri Cruz* (Dkt #: 1781-17) in the Bronx Supreme Court before Judge Marsha Michael in Part 27. The Government consents to this request. Mr. Azocar does not oppose the tolling of speedy trial.

Thank you for your thoughtful consideration.

Sincerely,

**FOY & SEPLOWITZ LLC**

*Jason E. Foy*

**JASON E. FOY**
jfoy@foyseplowitz.com