

105 MAIN STREET
HACKENSACK, NJ 07601
TEL: 201-457-0071
FAX: 201-457-0072

WWW.FOYSEPLOWITZ.COM

30 WALL STREET
8TH FLOOR
NEW YORK, NY 10005
TEL: 212-709-8230

November 30, 2022

<u>VIA ECF</u>

The Honorable Vernon S. Broderick, USDJ
Southern District of New York
Thurgood Marshall US Courthouse
40 Foley Square
New York, NY 10007

      Re:   **US v. Carlos Orense Azocar**
              **Dkt. # 21 Cr. 379 (VSB)**

Dear Judge Broderick:

We represent Mr. Orense Azocar in the above-captioned matter that is scheduled for an initial pretrial conference on December 2, 2022. On behalf of Mr. Orense Azocar, we are respectfully requesting that this matter be adjourned to January 20, 2023 at 10:00 a.m. to allow sufficient time to obtain and review discovery. The Government consents to this request. Mr. Orense Azocar consents to the tolling of speedy trial.

Thank you for your thoughtful consideration.

Sincerely,

**FOY & SEPLOWITZ LLC**

*Jason E. Foy*

**JASON E. FOY**
jfoy@foyseplowitz.com

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  12/01/2022

The status conference scheduled for December 2, 2022 is hereby adjourned to January 20, 2023 at 10:00 a.m. The adjournment is necessary to allow the defense sufficient time to obtain and review discovery. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between December 2, 2022 and January 20, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.