**FOY & SEPLOWITZ LLC**
attorneys at law

105 MAIN STREET
HACKENSACK, NJ 07601
TEL: 201-457-0071
FAX: 201-457-0072

WWW.FOYSEPLOWITZ.COM

30 WALL STREET
8TH FLOOR
NEW YORK, NY 10005
TEL: 212-709-8230

January 19, 2023

FILED VIA ECF

Judge Vernon S. Broderick, USDJ
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>US v. Carlos Orense Azocar</u>
              **21 cr 379 (VSB)**
              **Adjournment Request**

Dear Judge Broderick:

Please accept this letter as the defendant's formal request for an adjournment of our January 20, 2023 status conference. This request is being made with the consent of the government. The defendant has received a hard drive from the government containing voluminous discovery. The adjournment is necessary to allow my office to review discovery and consult with the defendant regarding the same. We are requesting a date in April 2023.

Thank you for your thoughtful consideration.

Sincerely,

FOY & SEPLOWITZ LLC

*Jason E. Foy*

**JASON E. FOY**
jfoy@foyseplowitz.com

    cc:    AUSA Kyle Wirsba
           AUSA Kaylan Lasky