UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
            -v-                                             :
                                                            :           21-CR-379 (VSB)
                                                            :
CARLOS ORENSE AZOCAR,                                       :           **ORDER**
                                                            :
                        Defendant.                          :
                                                            :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      In accordance with my comments made during the April 12, 2023 status conference, it is hereby:

      ORDERED that jury selection in this matter is scheduled to begin on November 20, 2023.

      IT IS FURTHER ORDERED that the jury trial is scheduled to begin on November 27, 2023, at 10:00 am.

      IT IS FURTHER ORDERED that a final pretrial conference in this matter will be held on November 3, 2023, at 11:00 am.

      IT IS FURTHER ORDERED that any in limine motions be filed on or before October 20, 2023, with responses due on or before October 27, 2023.

      IT IS FURTHER ORDERED that any proposed voir dire questions, jury instructions, verdict forms or trial memoranda shall be filed on or before October 30, 2023.  In addition, each party shall email those documents as Word documents to BroderickNYSDChambers@nysd.uscourts.gov.

1

SO ORDERED.

Dated:   April 13, 2023
         New York, New York

_____
Vernon S. Broderick
United States District Judge