

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 12, 2023

Via ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J.   10/13/2023

Re:   *United States v. Carlos Orense Azocar*, 21 Cr. 379 (VSB)

Dear Judge Broderick:

The Government writes respectfully to request, with the consent of defense counsel, that the Court adjourn certain pretrial deadlines in this case, in order to align with the final pretrial conference that has been adjourned to November 14, 2023 at 2:00 p.m.

The Government proposes the following deadlines, which reflect similar timing for the Court's review of these materials as was contemplated under the original schedule:

- November 1, 2023 for motions *in limine* (currently due by October 20, 2023);
- November 8, 2023 for responses to motions *in limine* (currently due by October 27, 2023); and
- November 10, 2023 for proposed voir dire questions, jury instructions, and verdict forms or trial memoranda (currently due by October 30, 2023).

The Government thanks the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
Kaylan E. Lasky
Kevin T. Sullivan
Assistant United States Attorneys
(212) 637-2315 / 1587

cc:   Defense counsel (by ECF)