```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :
                                     :
     - v. -                          :    Protective Order
                                     :
                                     :    21 Cr. 379 (VSB)
CARLOS ORENSE AZOCAR,                :
     a/k/a "El Gordo,"               :
                                     :
          Defendant.                 :
                                     :
- - - - - - - - - - - - - - - - - - X
```

       Whereas the United States of America, Damian Williams, United States Attorney for the Southern District of New York, by and through Assistant United States Attorneys Kaylan E. Lasky, Michael D. Lockard, and Kevin T. Sullivan, seeks an order restricting the dissemination of material produced pursuant to the Jencks Act, 18 U.S.C. § 3500, and *Giglio v. United States*, 405 U.S. 150 (1972) ("3500 Material") in connection with the trial in this matter scheduled to begin on November 20, 2023 ("Trial");

       Whereas, based on: (i) information in the public filings to date related to the defendant Carlos Orense Azocar, a/k/a "El Gordo," which indicates that the 3500 Material will contain sensitive information, including about assistance to law enforcement by others, including confidential sources and other witnesses who continue to provide assistance in sensitive and ongoing international investigations; and (ii) the consent of the

defendant, by and through his attorney Jason Foy, Esq., the Court finds that there is good cause for the requested relief;

IT IS HEREBY ORDERED that the defendant and his defense team -- including but not limited to Mr. Foy, and any U.S.-based paralegals, investigators, and interpreters working for the defendant or Mr. Foy -- shall not transport or transmit any of the 3500 Material outside of the United States;

IT IS FURTHER ORDERED that the defendant and his defense team shall not show or disseminate any of the 3500 Material to anyone other than the defendant and U.S.-based paralegals, investigators, and interpreters working for Mr. Foy;

IT IS FURTHER ORDERED that the defendant shall not possess any of the 3500 Material, either before, during, or after the Trial, except when reviewing the 3500 Material in the presence of Mr. Foy or other U.S.-based attorneys, or U.S.-based paralegals, investigators, and interpreters working for Mr. Foy;

IT IS FURTHER ORDERED that the defendant and his defense team shall return to the Government, or destroy, all of the 3500 Material at the close of the Trial or when any appeals have become final; and

IT IS FURTHER ORDERED that defense counsel may seek authorization of the Court, with notice to the Government, to provide certain specified materials to persons whose access to such materials is otherwise prohibited by this Order, if it is determined by the Court that such access is necessary for the purpose of preparing the defense of the case.

SO ORDERED:

_____          \_\_\_October 26, 2023\_\_\_
HONORABLE VERNON S. BRODERICK              Date
United States District Court
Southern District of New York