

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 12, 2023

**Via ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**
VERNON S. BRODERICK
U.S.D.J.  11/01/2023

Re: *United States v. Carlos Orense Azocar*, 21 Cr. 379 (VSB)

Dear Judge Broderick:

The Government writes respectfully on behalf of the parties to request that the Court extend certain pretrial deadlines in this case in advance of the final pretrial conference that has been scheduled for November 14, 2023 at 2:00 p.m. The parties jointly propose the following brief extension of the below deadlines:

- November 3, 2023 for motions *in limine* (currently due by November 1, 2023);
- November 10, 2023 for responses to motions *in limine* (currently due by November 8, 2023); and
- November 13, 2023 for proposed voir dire questions, jury instructions, and verdict forms or trial memoranda (currently due by November 10, 2023).

The parties thank the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____/s/_____
Kaylan E. Lasky
Kevin T. Sullivan
Assistant United States Attorneys
(212) 637-2315 / 1587

cc: Defense counsel (by ECF)