UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK
----------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | :     ORDER |
| -against- | :     21 cr 379 (VSB) |
| | : |
| CARLOS ORENSE AZOCAR, | : |
| Defendant. | : |

----------------------------------x

Upon the application of Jason E. Foy, Esq., and Eric J. Sarraga, Esq. the assigned attorneys for the defendant, CARLOS ORENSE AZOCAR (Federal Register #91458-054), for an order authorizing counsel and/or family members to be able to provide trial clothes to the defendant,

**IT IS HEREBY ORDERED** that the attorneys for the defendant and paralegal, Meusette Gonzalez, may provide trial clothes (1 suit/blazer/pants/slacks, 2 button down dress shirts, socks, shoes, and 2 ties) to the defendant at the United States Federal Courthouse in the SDNY or at the Metropolitan Detention Center (MDC) and family members for the defendant may provide additional trial clothes (1 Blazer, 1 pants/slacks, 2 button down dress shirts, 2 ties, 1 pack of black socks, 1 pair of black shoes, and 1 belt) to the defendant at MDC. **IT IS FURTHER ORDERED** that the defendant be permitted to wear the clothing pursuant to this Order during every court appearance from November 20, 2023 (jury selection) until the trial is concluded.

Dated: November 8, 2023
New York, New York

_____
HONORABLE VERNON S. BRODERICK
United States District Court Judge