# Exhibit A

**Disclosure as to Expert Witness Jennifer Taul**

October 25, 2023

I. **Statement of Opinions, Bases, and Reasons**

The following is a complete statement of all opinions that the Government will elicit from Ms. Jennifer Taul, either in its case-in-chief or during its rebuttal case, to counter testimony that the defendant intends to offer, along with the bases and reasons for them. In addition, the Government reserves the right to supplement this notice with additional testimony to counter testimony that the defendant intends to offer following the disclosure of any expert testimony by the defendant pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure.

Ms. Taul is employed by the Drug Enforcement Administration ("DEA") as an Acting Group Supervisor for the Hawaii High Intensity Drug Trafficking Areas' Investigative Support Center, and an Intelligence Research Specialist at the Honolulu District Office in the Los Angeles Field Division. Ms. Taul is an expert on international drug trafficking.

*First*, Ms. Taul will describe the sources and manufacturing processes typically used to produce cocaine in Colombia, including in multi-ton quantities and the locations within Colombia where cocaine is typically processed.

*Second*, Ms. Taul will describe drug trafficking routes commonly used to transport cocaine, including land, air, and maritime routes, from Colombia and Venezuela to the United States, including (i) through Central America and Mexico, and (ii) through the Caribbean. More specifically, Ms. Taul is expected to opine that from approximately 2003 through 2021, one method used by international drug traffickers to distribute Colombian-produced cocaine was to transport it by land from Colombia to Venezuela, which included the use of particular areas such as Cúcuta and Arauca as border-crossing points. After the cocaine entered Venezuela, one transportation route involved the use of clandestine airstrips in locations such as the Venezuelan states of Apure, Carabobo, Miranda, Guárico, and Zulia, where the cocaine would be loaded onto small airplanes for air delivery to intermediary destinations in the Caribbean and Central America, and then further transported into the United States. A second transportation route used by international drug traffickers to transport Colombian-produced cocaine after it entered Venezuela was to ports on the north coast of Venezuela, where the cocaine was loaded on watercraft, such as go-fast vessels, delivered to intermediary destinations in the Caribbean and Central America, and then transported into the United States.

*Third*, Ms. Taul will testify about certain methods of operation employed by narcotraffickers along these routes. In particular, she is expected to describe the types of watercraft, airplanes, and vehicles that are frequently used; the use of legitimate business to conceal narcotics trafficking; the use of modifications to small airplanes used to transport cocaine to increase their carrying capacity and flight range; the use of cavities in watercraft and airplanes to conceal

narcotics; and large-scale Venezuelan narcotraffickers' use of weapons to protect cocaine loads in the course of transporting the loads.

*Fourth*, Ms. Taul will testify about the use of slang and coded language, including particular terms used in this case, for cocaine, and for the Revolutionary Armed Forces of Colombia (the "FARC").

*Fifth*, Ms. Taul will describe how large-scale Venezuelan narcotraffickers often do business with Mexican drug trafficking cartels, such as the Beltrán-Leyva Cartel, and with Colombian *guerillas*, such as the FARC.

*Sixth*, Ms. Taul will describe the use of illicit business arrangements between Venezuelan narcotics traffickers and Venezuelan politicians, law enforcement officers, and military leaders to provide protection to narcotraffickers and facilitate the shipments of their narcotics loads.

*Seventh*, Ms. Taul will describe the approximate prices of cocaine, including in Venezuela and the United States, in both wholesale and retail quantities, from approximately 2003 through 2021.

*Finally*, Ms. Taul will describe the typical appearance and packaging of cocaine, including "stamps" or "brands" frequently used by narcotraffickers and the use of various materials to wrap cocaine.

The bases for Ms. Taul's testimony are her training, education, and experience, including her approximately 21 years working at the DEA. Ms. Taul's experience at the DEA includes (i) more than three years stationed in Caracas, Venezuela; (ii) more than three years stationed in Bogotá, Colombia; (iii) and nearly two years assigned to the Bilateral Investigations Unit ("BIU") of the DEA's Special Operations Division. In all of these roles, Ms. Taul participated in multiple international narcotics trafficking investigations, including those involving Venezuela. Ms. Taul's work involved extensive global travel, including within South America; discussions and coordination with foreign law enforcement and DEA officers stationed abroad, including in Colombia, Venezuela, Central America, the Caribbean, and Mexico; conversations with confidential sources with personal knowledge of, and proffers of defendants involved in, the production, transportation, and distribution of narcotics, including cocaine from Colombia; and review of recordings and electronic communications of individuals involved in narcotics trafficking relating to the production, transportation, and distribution of cocaine from Colombia.

## II. Qualifications

Ms. Taul's qualifications are described above, and her curriculum vitae is attached hereto as Exhibit A. Ms. Taul has not authored any publications in the previous ten years.

### III. List of Cases

To the best of Ms. Taul's recollection and ability to reconstruct, Ms. Taul has not testified as an expert at trial or by deposition in the previous four years.

/s/ Jennifer Taul