# Exhibit B

# Jennifer M. Taul
Drug Enforcement Administration

███████████

Over 25 years of federal service, more than 21 years with law enforcement intelligence in the United States and overseas. Extensive experience conducting research and analysis; gathering and evaluating data from varied sources for immediate action in priority investigations; collaboration with key partners in police, military, and government agencies in state, federal, and foreign nations; and drawing conclusions for strategic-level reporting.
*No previous court testimony; no published work.*

## PROFESSIONAL EXPERIENCE – DRUG ENFORCEMENT ADMINISTRATION

**Intelligence Research Specialist – Honolulu District Office, Los Angeles Field Division      1/2021 – Present**
**Honolulu, Hawaii, United States**

PROGRAM AND PERSONNEL MANAGEMENT: Accepted a temporary promotion and designated the Acting Group Supervisor of the Hawaii HIDTA (High Intensity Drug Trafficking Area) Intelligence Support Center and Honolulu Intelligence Group. Since May 2023, oversees the intelligence program and all DEA, Hawaii HIDTA, and Hawaii National Guard Intelligence Group personnel in the Honolulu District Office's area of responsibility.

LEADERSHIP, PROVIDING TECHNICAL ADVICE AND TRAINING: Created an on-boarding process and universal training plan, to include building QRGs (quick reference guides) and step-by-step instructions for multiple computer programs. Conducts on-the-job training with new intelligence research specialists, military counterdrug analysts, and contract criminal analysts; continues to mentor junior analysts, investigative assistants, and special agents.

INVESTIGATIONS: Collect, audit, research, and evaluate drug-related law enforcement data while prioritizing Organized Crime Drug Enforcement Task Force investigations and networks involved in drug trafficking, weapons trafficking, and money laundering. Analyzing available information to identify co-conspirators, connect other law enforcement investigations, suggest courses of action, and report findings to investigators.

TRENDS: Monitor open source intelligence, law enforcement and intelligence community reporting on regional threats, with a focus on methamphetamine, fentanyl, and international ties; shifts in drug availability and pricing; and report findings.

**Intelligence Research Specialist – Bogota Country Office, Andean Field Division      6/2017 – 1/2021**
**Bogotá, Distrito Capital, Colombia**

INVESTIGATIONS: Collected, audited, researched, and evaluated drug-related law enforcement data for investigations into transnational criminal and terrorist groups involved in drug trafficking, weapons trafficking, and money laundering in Colombia and Venezuela.

TRENDS: Monitored open source intelligence, law enforcement and intelligence community reporting on regional threats, with a focus on Venezuela and terrorist organizations trafficking cocaine.

LEADERSHIP, PROVIDING TECHNICAL ADVICE AND TRAINING: Mentored Colombian counterparts in our Sensitive Investigative Unit, growing their skills to focus investigative efforts and pursue priority targets for indictment and extradition to the United States.

**Intelligence Research Specialist – Bilateral and Terrorism Intelligence Support Unit**     **9/2015 – 6/2017**
**Special Operations Division, Virginia, United States**

INVESTIGATIONS: Collected, audited, researched, and evaluated drug-related law enforcement data for investigations into transnational criminal and terrorist groups involved in drug trafficking, weapons trafficking, and money laundering in Colombia and Venezuela.

CRIMINAL PROCEEDINGS: Provided critical assistance in gathering evidence and prisoner processing related to foreign arrests and subsequent extraditions to the US. Drafted INTERPOL Red Notices and executive summaries used to brief personnel such as the DEA administrator and foreign dignitaries.

**Intelligence Research Specialist – FAST (Foreign-deployed Advisory Support Teams)**     **12/2012 – 9/2015**
**Headquarters, Stafford, Virginia, United States**

SPECIALIZED ASSIGNMENT: Provided intelligence analysis support in multiple foreign environments for both tactical operations and information gathering for strategic reporting with a variety of other nations and agencies.  Deployments to:

- Bahrain: Regional Narcotics Interagency Fusion Cell (RNIFC)
- Afghanistan: Camp Leatherneck, Kabul Country Office, Jalalabad Air Field, Kandahar Air Field
- Afghanistan: Interagency Operations Coordination Center (IOCC), International Security Assistance Force Headquarters (ISAF)
- Mexico: Regional Intelligence Operations Coordination Center (RIOCC)
- Afghanistan: Camp Leatherneck
- Honduras: Tegucigalpa Country Office Sensitive Investigative Unit

**Intelligence Research Specialist – Tijuana Resident Office, NCAD**     **1/2010 – 12/2012**
**Tijuana, Baja California, México**

INVESTIGATIONS: Collected, audited, researched, and evaluated drug-related law enforcement data for investigations into transnational criminal organizations involved in drug trafficking, weapons trafficking, and money laundering in Mexico.

TRENDS: Monitored open source intelligence, law enforcement and intelligence community reporting on regional threats, with a focus on cocaine and shifts in drug trafficking organizations' leadership, feuds, and transit routes into the western United States.

**Intelligence Research Specialist – Caracas Country Office, Andean Division**     **11/2006 – 1/2010**
**Caracas, Distrito Capital, Venezuela**

INVESTIGATIONS: Collected, audited, researched, and evaluated drug-related law enforcement data for investigations into transnational criminal organizations involved in drug trafficking, weapons trafficking, and money laundering in Venezuela.

TRENDS: Monitored open source intelligence, law enforcement and intelligence community reporting on regional threats, with a focus on identification of criminal leaders and cocaine trafficking routes.

**Intelligence Research Specialist – Southwest Border Unit, El Paso Intelligence Center**   **7/2005 – 11/2006**
**El Paso, Texas, United States**

STRATEGIC REPORTING: Analyzed significant drug and bulk currency seizures; identified command and control elements of Mexican drug trafficking organizations; maintained where drug corridors existed from Mexico into the United States, and which drug trafficking organization owned them.

**Intelligence Analyst  –**          **HIDTA/Phoenix Field Division**          **08/2002 – 07/2005**
*thru Air National Guard*          **Phoenix, Arizona, United States**

INVESTIGATIONS: Collected, audited, researched, and evaluated drug-related law enforcement data for investigations into transnational criminal organizations involved in drug trafficking, weapons trafficking, and money laundering in Mexico.

TRENDS: Monitored open source intelligence and law enforcement reporting on regional threats, with a focus on Mexican drug trafficking organizations' leadership and cocaine trafficking routes into Arizona.

## MILITARY EXPERIENCE – ARIZONA AIR NATIONAL GUARD

*Production Scheduler  –*          *161st Air Refueling Wing*          *6/2002 – 7/2005*
*Phoenix, Arizona, United States*

**Analyst and Database Manager  –  161st Air Refueling Wing**          **1/2002 – 6/2002**
**Phoenix, Arizona, United States**

ANALYSIS: Gathered, compiled, audited, reviewed, and drew conclusions from maintenance information systems data, considering whether data was accurate. Created analysis reports, in problem solving, or to meet additional ad hoc needs. Leveraged knowledge of statistical methods to interpret findings derived from data and develop recommendations to correct deviations and other issues.

COMPUTER ADMINISTRATION: Provided technical assistance for users of the GO81 database.

## MILITARY EXPERIENCE – UNITED STATES AIR FORCE

**Analyst and Database Manager  –  55th Wing, Offutt Air Force Base**          **12/1997 – 12/2001**
**Bellevue, Nebraska, United States**

ANALYSIS: Gathered, compiled, audited, reviewed, and drew conclusions from maintenance information systems data, considering whether data was accurate. Created analysis reports, in problem solving, or to meet additional ad hoc needs. Leveraged knowledge of statistical methods to interpret findings derived from data and develop recommendations to correct deviations and other issues.

COMPUTER ADMINISTRATION: Provided help desk support and technical assistance to over 4,400 database users. Identified and corrected programming errors as well as data integrity errors. Managed installation of Core Automated Maintenance System software for hundreds of workstations.

## EDUCATION

**Bellevue University | Bellevue, NE**
Bachelor of Science | 2001 | *Criminal Justice Administration*

**Community College of the Air Force | Maxwell AFB, AL**
Associate Degree | 2000 | *Maintenance Production Management*

## PROFESSIONAL AFFILIATIONS

International Association of Law Enforcement Intelligence Analysts (IALEIA)

## PROFESSIONAL TRAINING

Fentanyl Overdose: Investigations and Prosecution | 1/2023 | *investigative, legal*

Introduction to Haystack | 5/2022 | *software, research/analysis*

Introduction to GeoSpatial  | 7/2022 |  *software, mapping/analysis*

Transaction Record Analysis Center User Interface  | 1/2022 |  *software, research/analysis*

Expert Network Social Media Exploitation  | 12/2021 |  *software, research/analysis*

Advanced PenLink  | 9/2021 |  *software, analysis*

Fentanyl, Synthetic Opioids, and Street Drugs  | 7/2021 |  *public safety, trends*

IBM i2 Analyst's Notebook Core Essentials & Importing  | 6/2021 |  *software, analysis*

FinCEN Advanced Query  | 5/2021 |  *software, money laundering*

Law Enforcement Information Exchange  | 4/2021 |  *software, research/analysis*

IPOC 21-1, Indo-Pacific Orientation  | 1/2021 |  *national security, interagency/foreign collaboration*

Sensitive Investigation Unit Advisor  | 12/2017 |  *narcotics investigations in Latin America*

PenLink V 10 (PLX)  | 8/2016 |  *software, analysis*

Introduction to Firetruck  | 7/2014 |  *software, analysis*

Introduction to Voltron  | 7/2014 |  *software, analysis*

Introduction to IC Reach  | 7/2014 |  *software, analysis*

Palantir  | 6/2013 |  *software, network analysis*

SOAIC, US Army Special Operations Analytics and Intelligence Course  | 9/2013 |  *methodologies, analysis*

ODNI Analysis  | 5/2013 |  *analysis, targeting*

NCC, National Collaboration Course  | 8/2012 |  *targeting, source handling, collection/reporting, analysis*

REID Interview and Interrogation, Basic & Advanced  | 6/2010 |  *lie detection, interview techniques*

AIT, Advanced Intelligence Training  | 12/2008 | *analysis*

BIRS-56, Basic Intelligence Research Specialist course  | 7/2005 |  *DEA Intelligence core*

Airman Leadership School  | 12/2002 |  *leadership, problem-solving*

Statistics and Database Operations  | 10/1999 |  *software, analysis/statistics*

Data Analysis  | 4/1998 |  *methodology, analysis*

## AWARDS

DEA Performance-based Cash Award  | 4/2019

DEA Performance-based Cash Award  | 4/2018

DEA Performance-based Cash Award  | 4/2017

DEA Performance-based Cash Award  | 3/2015

Pat Roberts Intelligence Scholars Program (PRISP) $10,000 Scholarship Recipient  | 7/2011

DEA Performance Award  | 1/2005

Air Force Achievement Medal  | 6/2002

Operations Group Airman of the Quarter  | 1/2001

Air Combat Command Analyst of the Year  | 10/2000

Air Force Achievement Medal  | 1/1999


## LANGUAGE

Spanish Fluency: Listening, Reading, Speaking, Writing

Tested: DEA – 2006, 2017

Dialects: Colombian, Mexican, Venezuelan