UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CARLOS ORENSE AZOCAR,
    a/k/a "El Gordo,"

                  Defendant.

21 Cr. 379 (VSB)

**VERDICT FORM**

Please indicate each of your verdicts with a check mark (✓).

We, the jury, unanimously find as follows:

**COUNT ONE:   Narcotics Importation Conspiracy**

        GUILTY _____        NOT GUILTY _____

**Additional Questions**

**If you have found the defendant guilty on Count One, respond to the following question:**

Did the offense charged in Count One involve five or more kilograms of   mixtures and substances containing a detectable amount of cocaine?   (Please check one)

        YES _____        NO _____

(continued on next page)

**COUNT THREE:   Possession of Machineguns and Destructive Devices**

GUILTY _____          NOT GUILTY _____

**Additional Questions**

**If you have found the defendant guilty on Count Three, respond to the following questions:**

Has the Government proven beyond a reasonable doubt that the offense charged in Count Three involved a machinegun?

YES _____          NO _____

Has the Government proven beyond a reasonable doubt that the offense charged in Count Three involved a destructive device?

YES _____          NO _____

(continued on next page)

3

**COUNT FOUR:   Conspiracy to Possess Machineguns and Destructive Devices**

                    GUILTY _____          NOT GUILTY _____

**Additional Questions**

**If you have found the defendant guilty on Count Four, respond to the following questions:**

Has the Government proven beyond a reasonable doubt that the offense charged in Count Four involved a machinegun?

                    YES _____          NO _____

Has the Government proven beyond a reasonable doubt that the offense charged in Count Four involved a destructive device?

                    YES _____          NO _____

Dated:  New York, New York
        December \_\_\_, 2023

                                        _____
                                        Signature of Foreperson


                                        _____
                                        Print name