

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 13, 2023

**Via ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Carlos Orense Azocar*, 21 Cr. 379 (VSB)

Dear Judge Broderick:

      The Government respectfully submits this letter to advise the Court and the defendant that at the upcoming trial, the Government does not intend to proceed on Count Two of Indictment 21 Cr. 379 (VSB), charging a violation of the maritime drug enforcement laws of the United States, in violation of Title 46, United States Code, Sections 70503 and 70506. The Government does intend to proceed on the remaining counts.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:    /s/
      Kaylan E. Lasky
      Michael D. Lockard
      Kevin T. Sullivan
      Assistant United States Attorneys
      212-637-2315 / 2193 / 1587

Cc:    Jason E. Foy, Esq. (via ECF & e-mail)
        Eric J. Sarraga, Esq. (via ECF & e-mail)