UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,           :
                                                            :
                    v.                          :          21-CR-379 (VSB)
                                                            :
CARLOS ORENSE AZOCAR,             :          **ORDER**
                                                             :
                                   Defendant.   :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On November 14, 2023 I held a final pretrial conference in this case. In accordance with my comments made during the conference, it is hereby

       ORDERED that the parties jointly file a short description of the case on or before November 17, 2023.

       IT IS FURTHER ORDERED that the Government file its supplemental disclosure on or before November 17, 2023.

SO ORDERED.

Dated:  November 15, 2023
           New York, New York

                                                                         _____
                                                                         Vernon S. Broderick
                                                                         United States District Judge