
EXHIBIT A

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
In the Matter of the Application of the United States Of America for a Search and )
Seizure Warrant for a Black iPhone with International Mobile Equipment Identity )
No. 356168097262658 in a Clear Case, Vouchered as )
N-167 by the DEA )

**23 MAG 6930**

Case No.

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Southern_____ District of _____New York_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The search and seizure are related to violation(s) of *(insert statutory citations)*:

21 U.S.C. § 963 (narcotics importation conspiracy); 46 U.S.C. §§ 70506(b) and 70504(b)(2) (conspiracy to violate maritime drug enforcement laws); and 18 U.S.C. §§ 924(c) (possession of firearms, including machineguns and destructive devices, in connection with a drug trafficking crime) and 924(o) (conspiracy to possess firearms, including machineguns and destructive devices, in connection with a drug trafficking crime)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment A

**YOU ARE COMMANDED** to execute this warrant on or before _____November 7, 2023_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____On Duty U.S. Magistrate Judge_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: 10/24/2023 2:55 pm

*Judge's signature*

City and state: New York, NY

Hon. Vernon S. Broderick
*Printed name and title*

USAO_004323

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

USAO_004324

# Attachment A

## I. Device Subject to Search and Seizure

The device that is the subject of this search and seizure warrant (the "Subject Device") is described as follows:

A black iPhone with International Mobile Equipment Identity ("IMEI") No. 356168097262658 in a clear case, vouchered as N-167 by the DEA.

## II. Review of ESI on the Subject Device

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the ESI contained on the Subject Device for evidence, fruits, and instrumentalities of violations of 21 U.S.C. § 963 (narcotics importation conspiracy); 46 U.S.C. §§ 70506(b) and 70504(b)(2) (conspiracy to violate maritime drug enforcement laws); and 18 U.S.C. §§ 924(c) (possession of firearms, including machineguns and destructive devices, in connection with a drug trafficking crime) and 924(o) (conspiracy to possess firearms, including machineguns and destructive devices, in connection with a drug trafficking crime) (the "Subject Offenses") described as follows:

1. Evidence of the identities of the users of the Subject Device, as well as other co-conspirators in contact with the Subject Device;

2. Evidence relating to the geolocations of the users of the Subject Device, at times relevant to the Subject Offenses;

3. Evidence relating to the participation in the Subject Offenses by the users of the Subject Device, co-conspirators, and others using or in communication with the Subject Device;

4. Evidence concerning financial transactions in furtherance of the Subject Offenses;

5. Evidence showing the states of mind of the users of the Subject Device and co-conspirators as they relate to the Subject Offenses, including any motive for narcotics trafficking, weapons offenses, or other evidence of the Subject Offenses;

6. Evidence of and relating to computers or other online accounts and facilities (such as cellphones and email addresses) controlled or maintained by the users of the Subject Device;

7. Photographs depicting travel, narcotics trafficking, weapons offenses, related financial transactions, or other evidence of the Subject Offenses;

2022.01.31

8. Evidence of Internet searches showing the location, travel, attempts to evade law enforcement, narcotics trafficking, weapons offenses, and related financial transactions of the users of the Subject Device, or other evidence of the Subject Offenses;

9. Evidence indicating how, when, and where the Subject Device was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the Subject Offenses and to the account owner(s);

10. Passwords or other information needed to access or identify computer or other online accounts, post office boxes, security deposit boxes, storage facilities, or other places where additional evidence, fruits, or instrumentalities of the Subject Offenses may be located; and

11. Evidence of efforts to conceal any of the above evidence or conduct, including by deleting or destroying evidence.

USAO_004326