UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ X

UNITED STATES OF AMERICA

- v. -

GEOVANNY FUENTES RAMIREZ,

                  Defendant.

------------------------------ X

S6 15 Cr. 379 (PKC)

VERDICT FORM

Please indicate each of your verdicts with a check mark (✓).

We, the jury, unanimously find as follows:

**Count One—Narcotics Importation Conspiracy**

      GUILTY __✗__            NOT GUILTY _____

**Additional Questions**

**If, but only if, you have found the defendant guilty on Count One, respond to the following questions:**

Has the Government proven beyond a reasonable doubt that the offense charged in Count One involved mixtures or substances containing a detectable amount of cocaine?

      YES __✗__            NO _____

Has the Government proven beyond a reasonable doubt that the offense charged in Count One involved five or more kilograms of mixtures or substances containing cocaine?

      YES __✗__            NO _____

If you find not guilty as to Count One, proceed no further and report to the Court.

1

**Count Two—Possession of Machineguns and Destructive Devices**

GUILTY __X__          NOT GUILTY _____

**Additional Questions**

**If, but only if, you have found the defendant guilty on Count Two, respond to the following questions:**

Has the Government proven beyond a reasonable doubt that the offense charged in Count Two involved a machinegun?

YES __X__          NO _____

Has the Government proven beyond a reasonable doubt that the offense charged in Count Two involved a destructive device?

YES _____          NO __X__

**Count Three—Conspiracy to Possess Machineguns and Destructive Devices**

GUILTY __X__          NOT GUILTY _____

**Additional Questions**

**If, but only if, you have found the defendant guilty on Count Three, respond to the following questions:**

Has the Government proven beyond a reasonable doubt that the offense charged in Count Three involved a machinegun?

YES __X__          NO _____

Has the Government proven beyond a reasonable doubt that the offense charged in Count Three involved a destructive device?

YES _____          NO __X__

Dated:      New York, New York
               March 22, 2021

_____
Signature of Foreperson

RONALD FROSCH
_____
Print name

3