UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v. –

JUAN ANTONIO HERNANDEZ ALVARADO,

         Defendant.

S2 15 Cr. 379 (PKC)

VERDICT FORM

COURT'S EXHIBIT NO. 16
IDENTIFICATION/EVIDENCE
DKT.# S2 15CR379
DATE: 10-18-2019

Please indicate each of your verdicts with a check mark (✓).

We, the jury, unanimously find as follows:

**Count One—Narcotics Importation Conspiracy**

    Guilty ✓          Not Guilty _____

**Additional Questions**

**If, but only if, you have found the defendant guilty on Count One, respond to the following questions:**

Has the government proven beyond a reasonable doubt that the conspiracy charged in Count One involved mixtures or substances containing a detectable amount of cocaine?

    YES ✓          NO _____

Has the Government proven beyond a reasonable doubt that the conspiracy charged in Count One involved five or more kilograms of mixtures or substances containing cocaine?

    YES ✓          NO _____

1

### Count Two—Possession of Machineguns and Destructive Devices

Guilty ✓          Not Guilty _____

### Additional Questions

**If, but only if, you have found the defendant guilty on Count Two, respond to the following questions:**

Has the government proven beyond a reasonable doubt that the offense charged in Count Two involved a machinegun?

YES ✓          NO _____

Has the government proven beyond a reasonable doubt that the offense charged in Count Two involved a destructive device?

YES _____          NO ✓

### Count Three—Conspiracy to Possess Machineguns and Destructive Devices

Guilty ✓          Not Guilty _____

### Additional Questions

**If, but only if, you have found the defendant guilty on Count Three, respond to the following questions:**

Has the government proven beyond a reasonable doubt that the offense charged in Count Three involved a machinegun?

YES ✓          NO _____

Has the government proven beyond a reasonable doubt that the offense charged in Count Three involved a destructive device?

YES _____          NO ✓

### Count Four—Making False Statements

Guilty ✓          Not Guilty _____

Dated:     New York, New York
           October \8  , 2019

_____
Signature of Foreperson


Yasmeen Ahmad

Print Name