UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CARLOS ORENSE AZOCAR,
a/k/a "El Gordo,"

                    Defendant.

21 Cr. 379 (VSB)

**VERDICT FORM**

Please indicate each of your verdicts with a check mark (✓).

We, the jury, unanimously find as follows:

**COUNT ONE: Narcotics Importation Conspiracy**

    GUILTY __✓__        NOT GUILTY _____

**Additional Questions**

**If you have found the defendant guilty on Count One, respond to the following question:**

Did the offense charged in Count One involve five or more kilograms of mixtures and substances containing a detectable amount of cocaine? (Please check one)

    YES __✓__        NO _____

(continued on next page)

### COUNT TWO: Possession of Machineguns and Destructive Devices

GUILTY ✓    NOT GUILTY _____

### Additional Questions

**If you have found the defendant guilty on Count Two, respond to the following questions:**

Has the Government proven beyond a reasonable doubt that the offense charged in Count Two involved a machinegun?

YES ✓    NO _____

Has the Government proven beyond a reasonable doubt that the offense charged in Count Two involved a destructive device?

YES _____    NO ✓

(continued on next page)

**COUNT THREE: Conspiracy to Possess Machineguns and Destructive Devices**

GUILTY ✓   NOT GUILTY _____

**Additional Questions**

**If you have found the defendant guilty on Count Three, respond to the following questions:**

Has the Government proven beyond a reasonable doubt that the offense charged in Count Three involved a machinegun?

YES ✓   NO _____

Has the Government proven beyond a reasonable doubt that the offense charged in Count Three involved a destructive device?

YES _____   NO ✓

Dated: New York, New York
December 12, 2023

_____
Signature of Foreperson

THOMAS HANSON
Print name

3