UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA,                               :
                                                        :
              -v-                                       :
                                                        :          21-CR-379 (VSB)
                                                        :
CARLOS ORENSE AZOCAR,                                   :          **ORDER**
                                                        :
                            Defendant.                  :
                                                        :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        Defense counsel's request concerning a post-trial motion schedule in which the

Defendant may file motions on or before January 16, 2024 is granted.  The parties are directed to

meet and confer to discuss a briefing schedule for any post-trial motions they intend to file.  The

parties are further directed to submit a joint letter informing the Court of their proposed briefing

schedule.

SO ORDERED.

Dated:    December 18, 2023
          New York, New York

                                                        _____
                                                        Vernon S. Broderick
                                                        United States District Judge

1