U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J.  12/21/2023

**BY ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood S. Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States v. Carlos Orense-Azocar*,
              21 Cr. 379 (VSB)

Dear Judge Broderick:

    The parties respectfully submit this letter in connection with the Court's Order on December 18, 2023, requiring the parties to meet and confer about a briefing schedule for any post-trial motions. (Dkt. 62). The parties jointly propose the following briefing schedule:

- January 16, 2024: Defendant's motions
- February 15, 2024: Government's response
- February 25, 2024: Defendant's reply

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                United States Attorney

                     by:     /s/
                            Kaylan E. Lasky / Kevin T. Sullivan /
                            Michael D. Lockard
                            Assistant United States Attorneys
                            (212) 637-2315 / 1587 / 2193

cc: Defense Counsel (by ECF)