

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 2/8/2024

Extension is granted until March 7, 2024.

**BY ECF**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood S. Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Carlos Orense-Azocar,*
    21 Cr. 379 (VSB)

Dear Judge Broderick:

The Government respectfully submits this letter to request an adjournment, to March 7, 2024, of the date by which the Government will respond to the defendant's post-trial motion. The Government's response is currently due by February 15, 2024.

The defendant consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: ____/s/_____
Kaylan E. Lasky / Kevin T. Sullivan /
Michael D. Lockard
Assistant United States Attorneys
(212) 637-2315 / 1587 / 2193

cc: Defense Counsel (by ECF)