UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                     :

UNITED STATES OF AMERICA,          :

                                 -v-                        :          21-CR-379 (VSB)

                                                  :          **ORDER**

CARLOS ORENSE AZOCAR,            :

                        Defendant.    :

---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       I am in receipt of Defendant's motion for a new trial, (Doc. 89), and the Government's opposition, (Doc. 92). However, to date, the Defendant has failed to file his reply. Accordingly, it is hereby

       ORDERED that by March 29, 2024, Defendant either file his reply brief or a letter informing me that he does not intend to file one.

SO ORDERED.

Dated:    March 25, 2024
            New York, New York

                                                                             Vernon S. Broderick
                                                                             United States District Judge

1