UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                            :

UNITED STATES OF AMERICA,         :

                                    :

            -v-                 :                21-CR-379 (VSB)

                                    :

CARLOS ORENSE AZOCAR,         :                  **ORDER**

                                    :

                       Defendant.   :

                                    :
--------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of Defendant Carlos Orense Azocar's letter, dated June 20, 2024 and

mailed to chambers.  I have provided a copy of the letter to Defense counsel by email.  Defense

counsel is directed to file a response, ex parte and under seal, by no later than July 10, 2024.

SO ORDERED.

Dated:    June 26, 2024
          New York, New York

                                        Vernon S. Broderick
                                        United States District Judge