UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                   :
:
            -v-                             :
:         21-CR-379 (VSB)
:
CARLOS ORENSE AZOCAR,                       :         **ORDER**
:
                    Defendant.              :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

  I am in receipt of Defense counsel's ex parte letter, dated July 3, 2024, in response to my order, dated June 26, 2024. In light of the above, a change of counsel hearing is scheduled for Monday, July 15, 2024 at 11:30 AM.

SO ORDERED.

Dated: July 11, 2024
    New York, New York

                    Vernon S. Broderick
                    United States District Judge