UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
    -v-                                                       :
                                                   :                 21-CR-379 (VSB)
:
CARLOS ORENSE AZOCAR,                    :            **ORDER**
:
                        Defendant.   :
:
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of a communication from the Government regarding the parties' proposed briefing schedule on Defendant's motion for a new trial. Accordingly, it is hereby:

      ORDERED that the Government shall submit its opposition brief no later than January 7, 2025. Defendant shall submit any reply brief no later than January 28, 2025.

SO ORDERED.

Dated:    November 20, 2024
             New York, New York

                                                              Vernon S. Broderick
                                                              United States District Judge