

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 2, 2025

**BY ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood S. Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  01/03/2025

Re:   *United States v. Carlos Orense-Azocar*,
      **21 Cr. 379 (VSB)**

Dear Judge Broderick:

      The Government respectfully submits this letter, with the consent of the defendant, in order to seek an adjournment of the parties' briefing schedule on the defendant's supplemental motions pursuant to Rule 29 and Rule 33 (the "Supplemental Motions"). The defendant submitted his Supplemental Motions on November 15, 2024. (Dkt. 99). Under the current briefing schedule, the Government's response is due by January 7, 2025, and any reply brief is due by January 28, 2025. (Dkt. 100). The Government respectfully proposes the following schedule for the remaining filings:

- January 22, 2025: Government's response
- February 12, 2025: Defendant's reply

      Respectfully submitted,

      EDWARD Y. KIM
      Acting United States Attorney

by: _____/s/_____
    Kaylan E. Lasky /
    Kevin T. Sullivan /
    Assistant United States Attorneys
    (212) 637-2315 / 1587

cc: Defense Counsel (by ECF)