

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 9, 2025

**BY ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood S. Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED /s/
VERNON S. BRODERICK
U.S.D.J.   01/10/2025

    Re:   *United States v. Carlos Orense-Azocar*,
           21 Cr. 379 (VSB)

Dear Judge Broderick:

    The Government respectfully submits this letter, with the consent of the defendant, in order to seek a further one-week adjournment of the remaining briefing schedule on the defendant's supplemental motions pursuant to Rule 29 and Rule 33 (the "Supplemental Motion," Dkt. 99), because one of the undersigned Assistant United States Attorneys will be on trial starting next week and the other will be traveling internationally.

    Under the current briefing schedule set by the Court, the Government's response is due by January 22, 2025, and any reply brief is due by February 12, 2025. (Dkt. 102). The Government respectfully proposes the following schedule for the remaining filings:

- January 29, 2025: Government's response
- February 19, 2025: Defendant's reply

                         Respectfully submitted,

                         EDWARD Y. KIM
                         Acting United States Attorney

           by:    /s/
                Kaylan E. Lasky /
                Kevin T. Sullivan /
                Assistant United States Attorneys
                (212) 637-2315 / 1587

cc: Defense Counsel (by ECF)