

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**BY ECF & E-MAIL**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**  /s/ Vernon S. Broderick
**VERNON S. BRODERICK
U.S.D.J.** 5/27/2025

The sentencing currently scheduled for August 11, 2024 is adjourned to October 8, 2025 at 10 AM.

Re:    *United States v. Carlos Orense Azocar*, **21 Cr. 379 (VSB)**

Dear Judge Broderick:

The Government respectfully submits this letter, with the consent of the defendant via his counsel, Eylan Schulman, Esq., to request an adjournment of the sentencing in the above-referenced case to the week of October 6, 2025 for the reasons set forth below.

On May 22, 2025, the Court denied the defendant's post-trial motions pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure and scheduled the defendant's sentencing for August 11, 2025. (Dkt. 110). The undersigned attorneys for the Government are both conducting a trial starting June 30, 2025 before the Honorable Alvin K. Hellerstein, which is expected to run through the end of July with the possibility of extending into August and thus may interfere with the submission deadlines and preparation for sentencing in this case. Mr. Schulman and Government counsel have conferred, and based on their respective availability, which also accounts for travel in August and the religious holidays in September and October, the parties are generally available for sentencing the week of October 6, 2025.

Accordingly, the Government respectfully requests, with the consent of the defendant, that the sentencing be adjourned to the week of October 6, 2025.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: ___/s/_____
Kaylan E. Lasky / Kevin T. Sullivan
Assistant United States Attorneys
(212) 637-2315 / -1587

cc:    Eylan Schulman, Esq. (*via ECF & E-mail*)