**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

---

> It is hereby ORDERED that:
> (1) Defendant shall file objections to the Presentence Report by **September 15, 2025**;
> (2) Probation shall file the final PSR on **September 29, 2025**; and
> (3) The sentencing in this matter scheduled for October 8, 2025 at 10:00 AM is rescheduled to **October 29, 2025 at 10:00 AM**.
>
> SO ORDERED:
>
> _/s/ Vernon Broderick_
> HON. VERNON S. BRODERICK
> UNITED STATES DISTRICT JUDGE   9/8/2025

---

**VIA ECF**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Carlos Orense Azocar*, 21 Cr. 379 (VSB)

Dear Judge Broderick:

    I represent Mr. Carlos Orense Azocar in the above-captioned matter. Sentencing is currently scheduled for October 8, 2025.

    The Presentence Report draft was filed in mid-August while I was out of the country, and I have not yet been able to meaningfully review it with Mr. Orense Azocar. With the consent of the government and Probation, I respectfully request an extension until Monday, September 15, 2025, to file objections, and a corresponding three-week extension for the final PSR from Probation, until September 29, 2025. The additional time will allow for proper review with Mr. Orense Azocar and preparation of objections. Following receipt of objections, Probation requires approximately two weeks to confer with the government and finalize the PSR for the Court's review.

    With the government's consent, I further request that sentencing be adjourned to a date during the week of October 27, 2025, except the morning of October 30, 2025, at the Court's convenience. This is Mr. Orense Azocar's first request for an adjournment of sentencing. The adjournment is necessary to allow the defense to collect and submit additional letters of support from Venezuela addressing Mr. Orense Azocar's personal background. These letters will provide important context regarding his life circumstances and, we believe, will meaningfully assist the Court in its sentencing analysis.

Respectfully submitted,

Eylan Schulman

cc: AUSA Kaylan Lasky
    AUSA Kevin Sullivan
    U.S. Probation Officer Jemmard Thomas