**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455
www.mcgsllp.com

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon S. Broderick
**VERNON S. BRODERICK
U.S.D.J.** 10/10/2025

The sentencing scheduled for October 27, 2025 is hereby adjourned to December 10, 2025 at 10:00 AM.

**VIA ECF & ELECTRONIC MAIL**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Carlos Orense Azocar*, 21 Cr. 379 (VSB)

Dear Judge Broderick:

I represent Mr. Carlos Orense Azocar in the above-captioned matter. Sentencing is presently scheduled for October 27, 2025.

With the consent of the government, I respectfully request that the proceeding be adjourned to December 10, 2025, at either 10:00 a.m. or 2:00 p.m. – times I have confirmed are suitable for all parties. The brief adjournment will allow the defense to gather and submit additional letters of support from Venezuela that speak to Mr. Orense Azocar's personal history and character. We believe these materials will provide valuable context and assist the Court in its sentencing determination.

Thank you for the Court's attention and consideration of this request.

Respectfully submitted,

Eylan Schulman

cc: AUSA Kaylan Lasky
    AUSA Kevin Sullivan